IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

SETTLEMENT CONFERENCE BEFORE
<u>MAGISTRATE JUDGE LAURA FASHING</u>

Caption:     *Fannie Mae v. MKJS Investments I, LLC et al*
             1:23-cv-00014-JB-LF

Date:        **Thursday, January 04, 2024 at 9:00 a.m. via Zoom**

| <u>Appearances for Plaintiffs</u>: | <u>Appearances for Defendants</u>: |
|---|---|
| James Ugalde | Dave Giddens |
|  | Nickay Manning |

| <u>Plaintiff(s) in Attendance</u>: | <u>Defendant(s) in Attendance</u>: |
|---|---|
| Roy Miller | Mihail Koulakis |
| Chris Bearegard |  |

<u>Others Attending</u>:

__X__ **Case settled. The material terms of the confidential settlement agreement were recorded and will be downloaded under seal onto the Court's Liberty System. The parties expect to execute a settlement agreement on or before February 5, 2024. After the agreement is executed, the Court will retain jurisdiction over the case until all obligations are met, which should occur on or before Tuesday, November 05, 2024. Per order filed concurrently, closing documents are due within ten days of the date that all obligations are met, or within ten days of any default, but no later than Friday, November 15, 2024.**

_____ **Case did not settle.**

_____ **Settlement efforts to be continued on _____ at_____.**

__X__ **Time in Conference = _7.5_ hours.**