IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FANNIE MAE,

       Plaintiff,

v.                                          1:23-cv-00014-JB-LF

MKJS INVESTMENTS I, LLC, a Texas
limited liability company; MKJS
INVESTMENTS II, LLC, a Texas limited
liability company; and MIHAIL KOULAKIS
and JANE DOE KOULAKIS, husband and
wife,

       Defendants.

## **ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT**

The parties have reached a negotiated resolution in this matter.  The parties expect to execute a settlement agreement on or before February 5, 2024.  Thereafter, the Court will retain jurisdiction over this case until all obligations under the terms of the settlement agreement are met, which should occur on or before November 5, 2024.  Closing documents are due within ten days of the date that all obligations are met, or within ten days of any default.

IT IS THEREFORE ORDERED that closing documents must be filed no later than **Friday, November 15, 2024**, absent a written motion showing good cause for an extension.

_____
Laura Fashing
United States Magistrate Judge