IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FANNIE MAE,

      Plaintiff,

vs.                                                                                 No. CIV 23-0014 JB/JMR

MKJS INVESETMENTS, LLC, MKJS
INVESTMENTS II, LLC, and MIHAIL
KOULAKIS

      Defendants.

## **FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Order Granting Joint Motion to Dismiss Lawsuit with Prejudice, filed December 18, 2024 (Doc. 66)("Dismissal Order"). In the Dismissal Order, the Court dismisses the action with prejudice. Dismissal Order at 1. With no more parties, claims, or issues before the Court, the Court enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment, disposing of this case.

**IT IS ORDERED** that: (i) the Complaint, filed January 6, 2023 (Doc. 27), is dismissed with prejudice; (ii) this action is dismissed with prejudice; and (iii) Final Judgment is entered.

                                                                                   _____
                                                                                   UNITED STATES DISTRICT JUDGE

*Counsel:*

James L. Ugalde
Clark Hill PLC
Phoenix, Arizona

- 2 -

--and--

Nathan S. Stimson
Jenning Haug Keleher McLeod Waterfall LLP
Albuquerque, New Mexico

   *Attorneys for the Plaintiff*

Nickay B. Manning
Nickay B. Manning, LLC
Corrales, New Mexico

--and--

George D. Giddens, Jr.
Albuquerque, New Mexico

   *Attorneys for the Defendants*